**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

JUDITH BLOCK and ROY J. BERNSTEIN
As executors of the Estate of Susan Schulman                 Case No.: 1:24-cv-05241
a/k/a Susan L. Schulman                                      (JLR)


                     Plaintiffs,


          -against-


J.P. MORGAN CHASE BANK, NA,


                     Defendants.

-------------------------------------------------------------------------X


**[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE COMPLAINT**
**AND EXTENDING TIME FOR DEFENDANT CHASE**
**TO RESPOND TO PLAINTIFFS' COMPLAINT**

This matter having come before the Court upon Plaintiffs and Defendant JPMorgan Chase Bank, N.A. incorrectly named herein as J.P. Morgan Chase Bank, NA, ("Chase") Stipulation Extending Time for Plaintiffs to File a Complaint and Extending Time for Defendant Chase to Respond to Plaintiffs' Complaint, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiffs shall file a Complaint on or before August 15, 2024 and Defendant Chase shall answer or otherwise respond to Plaintiffs' Complaint on or before September 13, 2024.


Dated July 17, 2024
          New York, New York


                                        _____
                                        HON. ANALISA TORRES
                                             Jennifer L. Rochon