UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JUDITH BLOCK and ROY J. BERNSTEIN
As executors of the Estate of Susan Schulman
a/k/a Susan L. Schulman

Case No.: 1:24-cv-05241
(JLR)

        Plaintiffs,

       -against-

J.P. MORGAN CHASE BANK, NA,

        Defendants.

---------------------------------------------------------------------X

**~~[PROPOSED]~~ ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE COMPLAINT AND EXTENDING TIME FOR DEFENDANT CHASE TO RESPOND TO PLAINTIFFS' COMPLAINT**

    This matter having come before the Court upon Plaintiffs and Defendant JPMorgan Chase Bank, N.A. incorrectly named herein as J.P. Morgan Chase Bank, NA, ("Chase") Stipulation Extending Time for Plaintiffs to File a Complaint and Extending Time for Defendant Chase to Respond to Plaintiffs' Complaint, and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED that Plaintiffs shall file a Complaint on or before September 15, 2024 and Defendant Chase shall answer or otherwise respond to Plaintiffs' Complaint on or before October 15, 2024.

Dated: August 15, 2024
       New York, New York

                                         */s/ Jennifer Rochon*
                                         HON. JENNIFER L. ROCHON
                                         U.S. District Court Judge