UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDITH BLOCK et al.,

                              Plaintiffs,

                  -against-

J.P. MORGAN CHASE BANK, N.A.,

                              Defendant.

Case No. 1:24-cv-05241 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

   The initial deadline for Plaintiff to file a complaint was September 15, 2025.  Dkt. 12.
That deadline passed without Plaintiff doing so or otherwise communicating with the Court.
On September 19, 2024, the Court extended the deadline for Plaintiff to file its complaint to
September 25, 2024.  Dkt. 13.  That date has again passed without Plaintiff doing so or
otherwise communicating with the Court.

   As a courtesy, the Court will allow a second extension and permit Plaintiff to file a
complaint by **October 9, 2024**.  Failure to comply with this deadline may result in dismissal
of this case without prejudice for failure to prosecute.

Dated: October 3, 2024
       New York, New York

                                       SO ORDERED.

                                       JENNIFER L. ROCHON
                                       United States District Judge

1